1
2
3
4
5
6
7
8

NOT FOR CITATION

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12    AARON JAMES PIERCE,                )          No. C 03-4934 JF (PR)
                                          )
13                   Plaintiff,           )          ORDER OF PARTIAL TRANSFER;
                                          )          INSTRUCTIONS TO CLERK
14        v.                              )
                                          )
15                                        )
      JEANNE S. WOODFORD, et al.,         )
16                                        )
                     Defendants.          )
17    _____)

18

19          Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C.

20    § 1983.  Plaintiff has been granted leave to proceed in forma pauperis.  The Court initially

21    dismissed the complaint with leave to amend.  Thereafter, Plaintiff filed an amended

22    complaint.  In the amended complaint and accompanying declaration, Plaintiff alleges

23    claims concerning his medical care and treatment at three state prison facilities: the

24    Correctional Training Facility in Soledad, California; High Desert State Prison in

25    Susanville, California; and Mule Creek State Prison in Ione, California.  Plaintiff also

26    alleges that he suffered three assaults, two by inmates and one by prison staff, while

27    incarcerated at High Desert State Prison.  See Amended Complaint at 3; Accompanying

28    Declaration at 1-2.

1     As to Plaintiff's claims concerning events that took place at High Desert State

2 Prison and Mule Creek State Prison, the Defendants are located in Lassen and Amador

3 Counties and the acts complained of occurred in Lassen and Amador Counties, which lie

4 within the venue of the Eastern District of California.  Therefore, venue properly lies in

5 that district and not in this one.  <u>See</u> 28 U.S.C. § 1391(b).

6     Accordingly, Plaintiff's claims in the amended complaint and accompanying

7 declaration (docket nos. 34, 35) concerning High Desert State Prison and Mule Creek

8 State Prison are TRANSFERRED to the United States District Court for the Eastern

9 District of California.  <u>See</u> 28 U.S.C. § 1406(a).  The Clerk shall send a copy of the file

10 and transfer the instant civil rights action **in part** to the Eastern District of California.

11 The Court will review Plaintiff's claim concerning his medical care and treatment at the

12 Correctional Training Facility in Soledad, California in a separate written order.

13     IT IS SO ORDERED.

14 DATED:   4/30/08

15                             JEREMY FOGEL
                            United States District Judge