IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON JAMES PIERCE,

    Plaintiff,                    No. CIV S-08-1148 FCD DAD P

    vs.

JEANNE S. WOODFORD, et al.,

    Defendants.            ORDER

_____/

        On July 15, 2009, plaintiff filed a motion for a trial date and transportation to the courthouse. This civil rights action was closed on May 8, 2009. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: July 27, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
pier1148.58