1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    AARON JAMES PIERCE,                     No.  2:08-cv-1148 MCE DAD P

12                Plaintiff,

13          v.                                ORDER

14    DOCTOR BARON, et al.,

15                Defendants.

16

17          Plaintiff is a former state prisoner who is proceeding pro se and in forma pauperis.

18    Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

19          On September 10, 2014, the court ordered the United States Marshal to serve the

20    complaint on defendants.  Process directed to defendant Baron was returned unserved because

21    according to the Marshal's Office they were "unable to locate" Baron.  Plaintiff must provide

22    additional information to serve this defendant.  Plaintiff shall promptly seek such information

23    through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other

24    means available to plaintiff.  The court cautions plaintiff that when service of a complaint is not

25    made upon a defendant within 120 days after the complaint was filed, the court may be required

26    to dismiss plaintiff's claims against that defendant.  See Fed. R. Civ. P. 4(m).

27    /////

28    /////

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with

3    an instruction sheet and a copy of plaintiff's fifth amended complaint (Doc. No. 181) and

4    supplemental complaint (Doc. No. 187);

5        2.  Within thirty days from the date of this order, plaintiff shall complete and submit the

6    attached Notice of Submission of Documents to the court, with the following documents:

7            a.  One completed USM-285 form for defendant Baron;

8            b.  Two copies of the endorsed fifth amended complaint and supplemental

9    complaint; and

10           c.  One completed summons form (if not previously provided).

11   Alternatively, if plaintiff no longer wishes to proceed against defendant Baron, plaintiff may file a

12   motion to voluntarily dismiss this defendant.

13   Dated:  January 23, 2015

14

15

16   DAD:9:md
     pier1148.8e

17

18

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

2

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   AARON JAMES PIERCE,                    No.  2:08-cv-1148 MCE DAD P

12              Plaintiff,

13       v.                                 NOTICE OF SUBMISSION OF
                                            DOCUMENTS
14   DOCTOR BARON et al.,

15              Defendant.

16

17       Plaintiff hereby submits the following documents in compliance with the court's order

18   filed _____ :

19          _____        **one** completed summons form

20          _____        **one** completed USM-285 forms

21          _____        **two** copies of the fifth amended complaint and supplemental complaint

22   DATED:

23

24

25

26                                          _____
                                            Plaintiff
27

28

                                          3