UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JAMES PIERCE, | No.  2:08-cv-1148 MCE KJN P (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| DR. BARON et al., | |
| Defendants. | |

     Plaintiff, a county jail inmate proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  Plaintiff has filed two motions for the court to schedule this matter for a jury trial.  The court denies plaintiff's motions as premature.  Plaintiff is advised that, in due course, the court will issue a further scheduling order in this case that sets dates for pretrial statements, pretrial conference, and jury trial.  However, before issuing the scheduling order, the court will set a mandatory settlement conference in this case.  If available, the court may order that plaintiff participate in the settlement conference by way of video-conferencing.  Pursuant to Local Rule 270(b), the parties will be directed to inform the court in writing as to whether they wish to proceed with the settlement conference before the undersigned magistrate judge or if they wish to be referred to the court's mediation program.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for the court to schedule this matter for a jury trial (Doc. Nos. 233 & 234) are denied as premature;

2. Within twenty-one days of the date of this order, each party shall inform the court in writing as to whether they wish to proceed with the settlement conference before the undersigned magistrate judge, or if they wish to be referred to the court's mediation program, or referral to another magistrate judge. If the parties wish to proceed before the undersigned magistrate judge, each party shall return to the court the consent form for settlement conferences provided with this order. If the parties do not wish the undersigned magistrate judge to preside at the settlement conference, each party shall file a declaration stating whether he wishes to be referred to the court's mediation program; and

3. The Clerk of the Court is directed to send each party the consent form for settlement conferences.

Dated: December 3, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ec
pier1148.sc