UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JAMES PIERCE,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD S. ALAMEIDA, JR., et al.,<br><br>Defendants. | No. 2:08-cv-1148 MCE DB P<br><br><br><br>ORDER |

Plaintiff is a prisoner, proceeding pro se, with a civil rights action under 42 U.S.C. § 1983. On September 20, 2016, the undersigned ordered defendants to file dispositional documents reflecting the parties' settlement agreement within thirty days. (ECF No. 263.) Plaintiff was warned that his failure to sign the documents "may result in a recommendation that this case be dismissed." On October 19, 2016, defendants' counsel filed a declaration explaining that he was unable to obtain plaintiff's signature on the settlement agreement. (ECF No. 264.) However, on October 28, defendant's counsel filed a supplemental declaration. Therein, he explained that plaintiff sent him a letter, which he received on October 27, in which plaintiff explained that he failed to sign the settlement agreement because he lost it. (ECF No. 265.) Plaintiff informed defendants' counsel that he intended to proceed with the settlement. Defendants' counsel requests that the court allow plaintiff an additional twenty days to return the signed settlement agreement to defendants' counsel so that the dispositional documents may be filed with the court.

1

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. If, after receiving plaintiff's letter on October 27, defendants' counsel has not sent plaintiff another copy of any unsigned dispositional documents, he shall do so within five days of the filed date of this order.

2. Within twenty days of the filed date of this order, plaintiff shall sign and return to defendants' counsel the dispositional documents sent to him. Plaintiff is warned that this is his last chance to sign these documents. If he fails to do so, this court will recommend dismissal of this case.

3. Within thirty days of the filed date of this order, defendants shall file the dispositional documents or explain to the court why they are unable to do so.

Dated: October 31, 2016

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Pier1148.dispo eot

2